UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON SATYENDRA,

      Plaintiff,                               Case No. 23-cv-12115
                                                   Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN, et al.,

      Defendants.

_____/

**FIRST STIPULATED ORDER**
**AMENDING SCHEDULING ORDER**

      The Parties have met and conferred regarding the current discovery calendar in this matter, and the need to extend the calendar given a number of issues, including: the current and ongoing unavailability of Plaintiff Ramon Satyendra because of a medical condition which has and continues to limit his ability to participate in discovery; witness availability issues and the limited availability of academic witnesses over the summer months; the upcoming limited availability of Plaintiff's counsel due to two arbitrations set to take place in the fall of 2024 (including a week-long arbitration in California); the need for additional time for the Parties to complete discovery in an efficient and cost-effective manner in order to be

able to meaningfully bring dispositive issues before the Court and to prepare for trial; and the potential for the Parties to engage in mediation.

The Parties therefore stipulate and agree to the following adjournment of the following deadlines listed in the Case Management Requirements and Scheduling Order (ECF No. 12, PageID.54):

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery Cutoff | September 16, 2024 | January 20, 2025 |
| Rule 26(a)(2) Proponent Expert Disclosures | October 16, 2024 | February 20, 2025 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | November 15, 2024 | March 20, 2025 |
| Expert Discovery Cutoff | December 16, 2024 | April 20, 2025 |
| Dispositive Motions and Challenges to Experts | January 31, 2025 | May 30, 2025 |
| Rule 26(a)(3) Pretrial Disclosures | April 25, 2025 | August 30, 2025 |

| Motions in Limine | May 23, 2025  Response briefs due 10 days after filing, but not later than June 2, 2025. Reply briefs due 5 days after responses are filed, but not later than June 9, 2025. | September 30, 2025  Response briefs due 10 days after filing, but not later than October 9, 2025. Reply briefs due 5 days after responses are filed, but not later than October 16, 2025. |
|---|---|---|
| Final Pretrial Order | June 10, 2025 | October 21, 2025 |
| Final Pretrial Conference | June 24, 2025, at 1:30 p.m. | November 4, 2025, at 1:30 p.m. |
| Trial Date | July 8, 2025, at 9:00 a.m. | November 18, 2025, at 9:00 a.m. |

This matter comes before the Court upon stipulation of the parties, and with the Court being otherwise fully advised on the premises.

**IT IS HEREBY ORDERED** that the deadlines listed in the Case Management Requirements and Scheduling Order (ECF No. 12, PageID.54) are adjourned as set forth above.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 12, 2024

- 4 -

**I STIPULATE TO ENTRY OF THIS ORDER**:

s/Hideako Sano (w/consent)
Hideaki Sano
SALVATORE PRESCOTT
105 E. Main Street
Northville, Michigan  48167
(248) 679-8711
sano@spplaw.com
(P61877)

s/Daniel B. Tukel (w/consent)
Daniel B. Tukel
BUTZEL LONG
201 West Big Beaver Road, Suite 1200
Troy, Michigan  48084
(248) 258-1616
tukel@butzel.com
(P34978)