UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON SATYENDRA,

       Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

       Defendants.

Case No. 23-cv-12115
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| **SALVATORE PRESCOTT PORTER & PORTER PLLC**<br>By:   **Hideaki Sano (P61877)**<br>105 E. Main Street<br>Northville, Michigan  48167<br>(248) 679-8711<br>**Attorney for Plaintiff** | **BUTZEL LONG**<br>By:   **Daniel B. Tukel (P34978)**<br>201 West Big Beaver, Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>**Attorneys for Defendants** |

_____/

## STIPULATED ORDER STAYING PROCEEDINGS

Plaintiff's counsel having informed defense counsel since the case was initially filed that plaintiff is medically unable to participate in a deposition, even remotely, and having informed defense counsel recently that plaintiff's treating physician has again indicated plaintiff remains medically unable to participate in a deposition, even remotely, in accordance with the stipulation of the parties and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that this matter is stayed for 90 days, to and including March 12, 2025.  Thereafter the parties may submit a revised proposed Scheduling Order in order to complete discovery and other scheduling deadlines, and take other action they deem appropriate.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2024

**I STIPULATE TO ENTRY OF THIS ORDER**:

| | |
|---|---|
| s/Hideaki Sano (w/consent) | s/Daniel B. Tukel (w/consent) |
| SALVATORE PRESCOTT | BUTZEL LONG |
| 105 E. Main Street | 201 West Big Beaver Road, Suite 1200 |
| Northville, Michigan  48167 | Troy, Michigan  48084 |
| (248) 679-8711 | (248) 258-1616 |
| sano@sppplaw.com | tukel@butzel.com |
| (P61877) | (P34978) |

DATED:    December 11, 2024