UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMON SATYENDRA,

      Plaintiff,	Case No. 23-cv-12115
	Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN
UNIVERSITY OF MICHIGAN
BOARD OF REGENTS;

      Defendants.
_____/

**SALVATORE PRESCOTT**  
**PORTER & PORTER PLLC**  
By:  **Hideaki Sano (P61877)**  
105 E. Main Street  
Northville, Michigan  48167  
(248) 679-8711  
**Attorney for Plaintiff**

**BUTZEL LONG**  
By:  **Daniel B. Tukel (P34978)**  
201 West Big Beaver, Suite 1200  
Troy, Michigan  48084  
(248) 258-1616  
**Attorneys for Defendants**

_____/

## STIPULATED ORDER STAYING PROCEEDINGS

Plaintiff's counsel having informed defense counsel that plaintiff's treating physician has indicated that plaintiff continues to be medically unable to participate in a deposition, even remotely, and that he has been medically unable to participate in a deposition since the case was initially filed, in accordance with the stipulation of the parties and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that this matter is stayed for an additional 90 days, to and including June 10, 2025. Thereafter the parties may submit a revised proposed Scheduling Order or complete discovery and other scheduling deadlines, and take other action they deem appropriate.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2025

**I STIPULATE TO ENTRY OF THIS ORDER**:

| | |
|---|---|
| s/Hideaki Sano | s/Daniel B. Tukel |
| SALVATORE PRESCOTT | BUTZEL LONG |
| 105 E. Main Street | 201 West Big Beaver Road, Suite 1200 |
| Northville, Michigan 48167 | Troy, Michigan 48084 |
| (248) 679-8711 | (248) 258-1616 |
| sano@spplaw.com | tukel@butzel.com |
| (P61877) | (P34978) |

DATED: March 28, 2025